UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
PATRICK SCOTT BAKER, et al.,   )
                               )
         Plaintiffs,           )
                               )
    v.                         )   Civil Action No. 03-749 (GK)
                               )
SOCIALIST PEOPLE'S LIBYAN      )
ARAB JAMAHIRIYA, et al.,       )
                               )
         Defendants.           )
_____)
                               )
JACKIE NINK PFLUG, et al.,     )
                               )
         Plaintiffs,           )
                               )
    v.                         )   Civil Action No. 08-505 (GK)
                               )
GREAT SOCIALIST PEOPLE'S       )
LIBYAN ARAB JAMAHIRIYA a/k/a   )
LIBYA, et al.,                 )
                               )
         Defendants.           )
_____)
```

## ORDER

A status conference was held in this case on June 18, 2008. Upon consideration of the representations of the parties and the entire record herein, it is hereby

**ORDERED** that Defendants in Pflug, Case No. 08-505, will accept service of process subject to the conditions set forth in the parties' joint praecipe [Dkt. No. 88] filed in Baker, Case No. 03-749; it is further

**ORDERED** that Defendants shall file a Motion to Dismiss in

Pflug directed only to the question of whether Pflug is duplicative of Baker by **July 15, 2008.** Any other substantive arguments are reserved for future briefing of dispositive motions; it is further

**ORDERED** that the opposition to the Motion to Dismiss shall be filed by **August 15, 2008** and the reply shall be filed by **September 1, 2008**; it is further

**ORDERED** that Plaintiffs shall file a Motion to Consolidate Pflug and Baker by **July 15, 2008.** The Court notes that Defendants consent to consolidation if the Court denies Defendants' Motion to Dismiss in Pflug; it is further

**ORDERED** that the briefing schedule in Baker concerning the pending Motions to Dismiss the Second Amended Complaint is hereby **suspended.**


June 18, 2008
                                    /s/
                                    Gladys Kessler
                                    United States District Judge

**Copies to: Attorneys of record via ECF**