**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                )
**JACKIE NINK PFLUG,** _et_ _al._,   )
                                )
          **Plaintiffs,**        )
                                )
     **v.**                      )     **Civil Action No. 08-505 (GK)**
                                )
**GREAT SOCIALIST PEOPLE'S**     )
**LIBYAN ARAB JAMAHIRIYA,**      )
_et_ _al._,                      )
                                )
          **Defendants.**        )
_____)

**ORDER**

This case is hereby referred to Magistrate Judge Alan Kay

for settlement purposes only.


June 26, 2008                    /s/_____
                                Gladys Kessler
                                United States District Judge


**Copies to: Attorneys of record via ECF**