REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY:

| CAUSE OF ACTION: | 28:1602 Foreign Sovreign Immunities Act | | | |
|---|---|---|---|---|
| CASE NO:<br>08-505 | DATE REFERRED:<br>6/27/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement | JUDGE:<br>Gladys Kessler | MAG. JUDGE<br>Alan Kay |
| PLAINTIFF(S):<br>Jackie Nink Pflug, et al | | DEFENDANT(S):<br>Great Socialist People's Libyan Arab Jamahiriya, et al | | |
| ENTRIES: | | | | |