**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
Jackie Nink Pflug, et al.                           )
                                                    )
                              Plaintiffs,            )
                                                    )
              v.                                    )         Civil Action No. 08-cv-505 (GK)
                                                    )
Great Socialist People's Libyan Arab                )
Jamahirya, *et al.*                                 )
                                                    )
                              Defendants.            )
_____)

**<u>MOTION TO CONSOLIDATE</u>**

COME NOW the Plaintiffs, by and through counsel and hereby move this

Honorable Court to consolidate the above referenced matter with *Baker v. Great Socialist*

*People's Libyan Arab Jamahiriya*, Civil Action No. 03-749.  In support of this Motion,

the Plaintiffs state as follows:

1. On June 18, 2008, the parties appeared before the Court for a Status

   Conference to discuss issues relating to the further proceedings in the above

   referenced case, including the possible consolidation of the this matter with

   *Baker v. Great Socialist People's Libyan Arab Jamahiriya*, Civil Action No.

   03-749,  with the *Baker* matter remaining as the senior action in the

   consolidated proceedings.

2.  At that time, counsel for the Defendants indicated that if the Court did not

dismiss the *Pflug* Complaint for duplicative reasons[1], they would consent to

the consolidation of *Baker* and *Pflug* for further proceedings before the Court.

3.  Rule 42(a) of the Federal Rules of Civil Procedure provides that "[w]hen

actions involving a common question of law or fact are pending before the

court, it may order all of the actions consolidated." Fed. R. Civ. P. 42(a).

4.  "Consolidation is particularly appropriate when the actions are likely to

involve substantially the same witnesses and arise from the same series of

events or facts." *Blasko v. Washington Metropolitan Area Transit Authority*,

243 F.R.D. 13, 15 (D.D.C. 2007).

5.  Here, the actions arise from the same event, the hijacking of Egypt Air Flight

648 on November 23, 1985, and involve the same witnesses and evidence.

Although there may be different questions of law arising out of the application

of 28 U.S.C. § 1605A to the Plaintiffs' claims, judicial economy will be best

served if the matters are consolidated and the parties are permitted to address

these matters in a single consolidated action.

WHEREFORE, as the parties have agreed that if the Court does not dismiss this

matter as duplicative, judicial economy favors proceeding in a consolidated action,

Plaintiffs hereby move the Court, pursuant to Fed.R.Civ.P. 42(a), to consolidate this

---

[1] Contemporaneous with the filing of this Motion, the Libyan Defendants are expected to file a Motion to Dismiss the *Pflug* Complaint, limited to arguing that the Court should dismiss the *Pflug* action as being duplicative of the *Baker* action. Plaintiffs' opposition to that motion is due to be filed on August 15, 2008. Plaintiffs' proffer, for reasons that will be set forth more fully in their opposition papers, that the Court should deny the limited Motion to Dismiss, as the *Pflug* matter is not duplicative, and is essential to protecting the Plaintiffs' rights to proceed under Section 1083 of the newly enacted National Defense Authorization Act ("NDAA"), as codified at 28 U.S.C. §1605A. *See Simon, et al. v. Republic of Iraq*, No. 06-7178 2008 WL 249741 at *4 (D.C. Cir. June 24, 2008) (in order to claim the benefits of §1605A, a plaintiff must file a new action under that provision).

matter with *Baker,* with the *Baker* action remaining the senior action.  A proposed order is attached.

July 15, 2008                                    Respectfully Submitted,

**Counsel for the Plaintiffs**:

HEIDEMAN NUDELMAN
  & KALIK, P.C.
1146 19th Street, N.W.
Fifth Floor
Washington, DC  20036
Telephone:  202-463-1818
Telefax:  202-463-2999

By:  /s/*Richard D. Heideman*_____
     _/s/ *Tracy Reichman Kalik*_____
     Richard D. Heideman (No. 377462)
     Noel J. Nudelman (No. 449969)
     Tracy Reichman Kalik (No. 462055)

PERLES LAW FIRM, P.C

Steven R. Perles (No. 326975)
Edward MacAllister
1146 19th Street, N.W.
Fifth Floor
Washington, DC  20036
Telephone: 202-955-9055
Telefax:     202-955-3806

3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
Jackie Nink Pflug, et al.                           )
                                                    )
                            Plaintiffs,             )
                                                    )
            v.                                      )          Civil Action No. 08-cv-505 (GK)
                                                    )
Great Socialist People's Libyan Arab                )
Jamahirya, *et al*.                                 )
                                                    )
                            Defendants.             )
_____)

## <u>ORDER</u>

This matter having come before the Court on Plaintiffs' Motion to Consolidate, and the

Court having been sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiffs' Motion is

GRANTED, and pursuant to Fed. R. Civ. P. 42(a) this matter shall be consolidated with *Baker v.*

*Great Socialist People's Libyan Arab Jamahiriya*, Civil Action No. 03-749.  The *Baker* action

shall be the senior lead action in the consolidated action.

IT IS SO ORDERED on this the _____ day of _____, 2008.


                                        _____
                                        Hon. Gladys Kessler
                                        United States District Judge